# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

No. 1D18-4684

————————————————

RONALD KIRKLAND,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

————————————————

On appeal from the Circuit Court for Escambia County.
J. Scott Duncan, Judge.

June 18, 2019

PER CURIAM.

AFFIRMED. *See Hart v. State*, 255 So. 3d 921 (Fla. 1st DCA 2018), *petition for review pending*, Fla. S. Ct. Case. No. SC18-1241; *Davis v. State*, 214 So. 3d 799 (Fla. 1st DCA 2017).

WOLF, WETHERELL, and MAKAR, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

Ronald Kirkland, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.